MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff
Stefanie Hermanns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE HERMANNS, | Case No.: 8:25-cv-02545-PA(KESx) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AON CORPORATION GROUP EMPLOYEE BENEFITS PLAN; DOES 1 THROUGH 10 | |
| Defendants. | |

1  PLEASE TAKE NOTICE that Plaintiff Stefanie Hermanns and Defendant
2  Hartford Life and Accident Insurance Company (collectively, "the Parties") reached
3  an agreement to resolve this Action in its entirety. Documents are being prepared to
4  finalize the resolution of this matter, and the Parties anticipate filing a stipulation to
5  dismiss the entire action, each side to bear their own attorneys' fees and costs, within
6  45 days.

8  DATED: December 15, 2025              DONAHUE & HORROW, LLP

10                                        /s/ *Scott E. Calvert*
11                                       MICHAEL B. HORROW
                                         SCOTT E. CALVERT
12                                       *Attorneys for Plaintiff*